LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16000 Ventura Boulevard
Penthouse 1208
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
RAUL HIGUERA-PARRA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAUL HIGUERA PARRA, et al. ) <br> ) <br> Defendants. ) <br> ) | CASE NO: 07-CR-00144-AWI <br><br> STIPULATION TO CONTINUE SENTENCING <br><br> HON. ANTHONY W. ISHII |

Defendant Raul Higuera Parra, by and through his counsel, Alex R. Kessel and Plaintiff United States of America, by and through their counsel of record, Dawrence Rice, Assistant United States Attorney, hereby stipulate to the following:

Counsel for Defendant Higuera Parra is engaged in trial in the matter of U.S.A. vs. Vo Duong Tran, case number CR08-197-AG, in the United States District Court, Central District of California in Santa Ana before the Honorable Andrew J. Guilford. This is a two defendant conspiracy case wherein the defendants are in custody.

Based on the foregoing, counsel for defendant and the Government stipulate the currently

1

scheduled sentencing date be continued from March 16, 2009 at 11:00 a.m., to April 13, 2009, at 9:00 a.m.

Dated: March 11, 2009             Respectfully submitted,

/s/ALEX KESSEL
Counsel for Raul Higuera Parra

LAWRENCE G. BROWN
United States Attorney

/s/ Dawrence Rice
DAWRENCE RICE
Assistant U.S. Attorney

# ORDER

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE IT IS ORDERED THAT** the request for a continuance of the currently sentencing date is granted and a sentencing date for defendant Raul Higuera Parra is set for April 13, 2009 at 9:00 a.m.

IT SO ORDERED.

IT IS SO ORDERED.

**Dated:   March 11, 2009**            **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE