LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16000 Ventura Boulevard
Penthouse 1208
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
RAUL HIGUERA-PARRA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAUL HIGUERA PARRA, et al. ) <br> ) <br> Defendants. ) <br> ) | CASE NO: 07-CR-00144-AWI <br><br> STIPULATION TO CONTINUE SENTENCING <br><br> HON. ANTHONY W. ISHII |

Defendant Raul Higuera Parra, by and through his counsel, Alex R. Kessel and Plaintiff United States of America, by and through their counsel of record, Dawrence Rice, Assistant United States Attorney, hereby stipulate to the following:

Counsel for Defendant Higuera Parra is ordered present for preliminary hearing in the matters of People vs. Vatche Sevadjian, case numbers PA063204 and PA063321 in Department C of the Los Angeles County Superior Court, North Valley District in San Fernando. Both cases are robbery cases wherein the defendant is in custody and no further continuances will be granted.

Based on the foregoing, counsel for defendant and the Government stipulate the currently

scheduled sentencing date be continued from April 13, 2009 at 9:00 a.m., to April 27, 2009, at 9:00 a.m.

Dated: April 8, 2009                                     Respectfully submitted,


                                                         /s/ALEX KESSEL
                                                         Counsel for Raul Higuera Parra



                                                         LAWRENCE G. BROWN
                                                         United States Attorney


                                                         /s/ Dawrence Rice
                                                         DAWRENCE RICE
                                                         Assistant U.S. Attorney

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE IT IS ORDERED THAT**

the request for a continuance of the currently sentencing date is granted and a sentencing date for defendant Raul Higuera Parra is set for April 27, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 8, 2009**                    **/s/ Anthony W. Ishii**
                                              CHIEF UNITED STATES DISTRICT JUDGE