LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16000 Ventura Boulevard
Penthouse 1208
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
RAUL HIGUERA-PARRA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAUL HIGUERA PARRA, et al. ) <br> ) <br> Defendants. ) <br> ) | CASE NO: 07-CR-00144-AWI <br><br> STIPULATION TO CONTINUE SENTENCING; ORDER <br><br> HON. ANTHONY W. ISHII |

Defendant Raul Higuera Parra, by and through his counsel, Alex R. Kessel and Plaintiff United States of America, by and through their counsel of record, Dawrence Rice, Assistant United States Attorney, hereby stipulate to the following:

Counsel will be engaged in trial starting April 27, 2009 in the matter of <u>People vs. Jesse James Hollywood</u>, case number 1014465 in Department 2 of the Santa Barbara County Superior Court. This is a capital murder case wherein the defendant is in custody. Trial is estimated to last 4-6 weeks. Counsel is ordered not to become engaged in any other matters. (See minute order attached hereto as Exhibit A)

1

Based on the foregoing, counsel for defendant and the Government stipulate the currently scheduled sentencing date be continued from April 27, 2009at 9:00 a.m., to June 15, 2009, at 9:00 a.m.

Dated: April 24, 2009

Respectfully submitted,

/s/ALEX KESSEL
Counsel for Raul Higuera Parra

LAWRENCE G. BROWN
United States Attorney

/s/ Dawrence Rice
DAWRENCE RICE
Assistant U.S. Attorney

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE IT IS ORDERED THAT**

the request for a continuance of the currently sentencing date is granted and a sentencing date for defendant Raul Higuera Parra is set for June 15, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 24, 2009**              /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE