LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16542 Ventura Boulevard
Suite 305
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
RAUL HIGUERA-PARRA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAUL HIGUERA PARRA, et al.<br><br>　　　　　Defendants. | CASE NO: 07-CR-00144-AWI<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>HON. ANTHONY W. ISHII |

　　　　Defendant Raul Higuera Parra, by and through his counsel, Alex R. Kessel and Plaintiff United States of America, by and through their counsel of record, Dawrence Rice, Assistant United States Attorney, hereby stipulate to the following:

　　　　Counsel is engaged in trial in the matter of <u>People vs. Jesse James Hollywood</u>, case number 1014465 in Department 14 of the Santa Barbara County Superior Court. This is a capital murder case wherein the defendant is in custody. Trial is to end mid to late July.

///

///

1

Based on the foregoing, counsel for defendant and the Government stipulate the currently scheduled sentencing date be continued from June 15, 2009 at 9:00 a.m., to August 17, 2009, at 9:00 a.m.

Dated:  June 11, 2009                                         Respectfully submitted,


                                                              /s/ALEX KESSEL
                                                              Counsel for Raul Higuera Parra


                                                              LAWRENCE G. BROWN
                                                              United States Attorney


                                                              /s/ Kathleen Servatius
                                                              KATHLEEN SERVATIUS
                                                              Assistant U.S. Attorney

## ORDER

**GOOD CAUSE HAVING BEEN SHOWN THEREFORE IT IS ORDERED THAT**

the request for a continuance of the currently sentencing date is granted and a sentencing date for defendant Raul Higuera Parra is set for August 17, 2009 at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   June 11, 2009**                    _____/s/ Anthony W. Ishii_____
                                                              CHIEF UNITED STATES DISTRICT JUDGE